# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0328.  STEPHEN WALDROP  v. SUSAN MULLINS.**

The appeal in this case was docketed on September 17, 2020. The Appellant's brief and enumeration of errors were due on October 7, 2020. No extensions of time were requested by the appellant. As of the date of this order, appellant's brief & enumeration of errors still have not been filed. Therefore upon consideration of APPELLEE'S  Motion to Dismiss in the above styled case, it is ordered that the motion is hereby GRANTED and the Appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  11/17/2020*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*